IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>EIKO GLOBAL, LLC,,<br><br>    Defendant. | C.A. No. 16-967-RGA |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>HALCO LIGHTING TECHNOLOGIES, LLC,<br><br>    Defendant. | C.A. No. 16-971-RGA |

**STIPULATION OF DISMISSAL**

It is stipulated and agreed, by and between the parties, subject to the approval of the Court, that the above-captioned actions are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 10, 2017                                             Respectfully submitted,

|  |  |
|---|---|
| OF COUNSEL:<br><br>Wendy Verlander | STAMOULIS & WEINBLATT LLC<br><br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606 |

1

wverlander@blackbird-tech.com
Christopher Freeman
cfreeman@blackbird-tech.com
Sean K. Thompson
sthompson@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
Blackbird Tech LLC d/b/a
Blackbird Technologies

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David C. Radulescu, Ph.D.
Tigran Vardanian
RADULESCU LLP
350 Fifth Avenue, Suite 6910
New York, NY 10118
(646) 502-5950
david@radip.com
tigran@radip.com

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Alan R. Silverstein (#5066)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com
    asilverstein@potteranderson.com

*Attorneys for Defendants EiKO Global, LLC
and Halco Lighting Technologies, LLC*

IT IS SO ORDERED on this _____ day of _____, 2017

_____
    THE HONORABLE RICHARD G. ANDREWS

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically served the forgoing document on all counsel of record in this action.

                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis #4606